AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Qichen Yuan (YOB: 1994) | ) | Case No. |
| | ) | 25-MJ-1253-DLC |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    August 19, 2025    in the county of    Suffolk    in the
District of    Massachusetts    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1591(a)(1), (b)(2) and 1594(a) | Attempted Sex Trafficking of a Child |

This criminal complaint is based on these facts:

\* See attached affidavit of FBI Special Agent Jenny Larkin \*

☑ Continued on the attached sheet.

/s/ Jenny Larkin
*Complainant's signature*

Jenny Larkin, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    8/20/2025

*Judge's signature*

City and state:    Boston, MA

Hon. Donald L. Cabell, Chief U.S. Magistrate Judge
*Printed name and title*