## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Jenny Larkin, having been duly sworn, hereby depose and state:

## AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since 2019. As such, I am a "federal law enforcement officer" of the United States. I am currently assigned to the Boston Division, Violent Crimes Against Children/Human Trafficking Unit and am designated to work a variety of criminal matters, including child sexual exploitation, Internet crimes against children, and human trafficking. As part of my duties, I investigate violations of federal law, including the online exploitation of children, particularly in relation to violations of Title 18, United States Code Sections 2251, 2252, and 2252A which criminalize, among other things, the production, advertisement, possession, receipt, accessing with intent to view, and transportation of child pornography. I have received training in the area of child pornography and child exploitation and have experience reviewing and observing numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in different forms of media including computer media.

2. Also as part of my duties, I investigate violations of Title 18, United States Code Sections 18 U.S.C. 1591 and 1594, which criminalize, among other things, the recruitment, enticement and solicitation or attempted recruitment, enticement, and solicitation of minors to engage in commercial sex acts. I am aware that the term "commercial sex acts" also encompasses visual depictions of sex acts or masturbation. I serve on the FBI Child Exploitation and Human Trafficking Task Force, which is comprised of local, state, and federal law enforcement officials, many of whom have investigated hundreds of human trafficking cases. I am familiar with the methods used by traffickers to recruit individuals, including minors, to engage in commercial sex.

3. The statements in this affidavit are based in part on information provided by federal agents and law enforcement officers; written reports about this investigation that I have received, directly or indirectly, from other law enforcement agents; my personal observations; review of records; independent investigation and analysis by federal agents/analysts; and my experience, training, and background as a Special Agent with the FBI.

4. This affidavit is submitted in support of a criminal complaint charging Qichen Yuan with Attempted Sex Trafficking of a Child, in violation of 18 U.S.C. §§ 1591(a)(1), (b)(2) and 1594(a).

5. As described below, there is probable cause to believe that, on August 19, 2025, in and around Boston, in the District of Massachusetts, Qichen Yuan did knowingly attempt to, in and affecting interstate and foreign commerce, entice, obtain, solicit, and patronize by any means a person, knowing and in reckless disregard of the fact that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act.

6. Because this affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Qichen Yuan committed violations of 18 U.S.C. §§ 1591 (a)(1), (b)(2) and 1594(a).Where statements of others are set forth in this affidavit, they are set forth in substance and in part and not verbatim unless indicated otherwise.

## FACTUAL BACKGROUND

7. Beginning on or about August 16, 2025, law enforcement agents posted an advertisement (the "Advertisement") on a website commonly used to advertise commercial sex

acts.[1] The Advertisement contained images of the clothed chest, bare torso and clothed waist of a young looking female[2] and the following language:

> Hiiiiihiiiii my name is Sophie every1 calls me Fifi
> (emojis) iii love 2 hav fun n vibe w the rite
> Person (emoji)  clean yunggg tight n InDePeNdEnT.
> Incall only (emoji)
>
> Imm a beautiful flower ready to bloom, a cherry ready to blossom. end out the summer with me even tho im always shining (emoji)
>
> tbhhh i hate scams n frauds so don't waste my Time! ULL be ignored N blocked !!!

8.  The Advertisement did not indicate an age of the person who would perform commercial sex acts.[3] The Advertisement also contained a contact phone number (the "Advertisement Number"). Law enforcement agents monitored this line, and an undercover agent ("UC1") used it to communicate with potential sex buyers, including Qichen Yuan.

9.  On or about August 16, 2025, the Advertisement Number received a text message from a phone number ending in 2606 (the "2606 Number") in response to the Advertisement. Thereafter, a text conversation between UC1 and the user of the 2606 Number ensued. UC1 stated that she was a 15-year-old girl available to perform sex acts in exchange for money. The user of

---

[1] Based on my training and experience, I know that the Internet is global network of computers, which is a means and facility of interstate commerce. I also know that the website on which the Advertisement was posted is viewable outside of Massachusetts.

[2] The female's face was cropped out of the photograph.

[3] The law enforcement agents used a website that is known for containing prostitution advertisements but requires users to be at least 18 years old. Based on my training and experience, I know that this website and others like it have been used by traffickers to advertise the commercial sex acts of children under the age of 18. Had the advertisement itself identified the person being sold as having an age of under 18, the advertisement would have been flagged and taken down. Not specifying an age allowed for the possibility, or even likelihood, that the person in the ad was a minor.

the 2606 Number agreed to pay $250 to have sex with the 15 year-old girl:

| | | |
|---|---|---|
| 8:01PM 8/16/25 | | 2606: Hey I saw your post |
| 8:01PM 8/16/25 | | 2606: re you down tonight? |
| 10:03pm 8/16/25 | | UC: hi babe im free Tuesday |
| 10:03pm 8/16/25 | | 2606: Okay, what time? Address? |
| 10:03pm 8/16/25 | | 2606: We can make an appointment |
| 10:03pm 8/16/25 | | 2606: If that works for you |
| 11:40pm 8/16/25 | | UC: i give the address that day..i can do anything after like 3:30? hbu love |
| 11:43pm 8/16/25 | | 2606: Sounds good, I can do after 5pm. |
| 11:43pm 8/16/25 | | 2606: Do you use Instagram? lol |
| 11:43pm 8/16/25 | | 2606: I can add you there as well |
| 11:44pm 8/16/25 | | 2606: Sorry, I forgot the address, are you not available over the weekend? |
| 1:02pm 8/17/25 | | UC: ii dont love , I can send more pics ? And im not around this week ne |
| 1:02PM 08/17/25 | | 2606: Yes pls! Send some pics pls |
| 1:03PM 08/17/25 | | UC: Picture 1[4] Picture 2[5] |
| 1:04PM 08/17/25 | | 2606: Wonderful |
| 1:04PM 08/17/25 | | 2606: I'd love to meet up soon |
| 4:06PM 08/17/25 | | 2606: Tuesday 8.19 7pm? |

---

[4] Picture 1 showed a female with long blond hair wearing leggings and a crop tank top. Her face is hidden behind an emoji, and her body is twisted to show her clothed buttocks in the photo.
[5] Picture 2 showed a female with long blond hair wearing a sports bra and cutoff jean shorts. Her face is hidden behind an emoji and some of her clothed buttocks is visible.

| | |
|---|---|
| 4:06PM 08/17/25 | 2606: Let me know the address love |
| 4:06PM 08/17/25 | 2606: [Blowing heart kiss Emoji] |
| 5:15PM 08/17/25 | UC: yess i would love to |
| 5:15PM 08/17/25 | UC: Ill be in [location] |
| 5:15PM 08/17/25 | UC: I give u address day of babe |
| 5:53PM 08/17/25 | 2606: Perfect! I am looking forward to meeting you soon babe! |
| 9:52PM 08/17/25 | UC: me too love [Three Red Heart Emojis] |
| 10:42PM 08/17/25 | 2606: Thank you love, have a good night[Three Red Heart Emojis] |
| 9:48PM 08/18/25 | UC: Down for tmr still? |
| 9:48PM 08/18/25 | 2606: Yes babe |
| 9:48PM 08/18/25 | 2606: I am down for tmr |
| 9:48PM 08/18/25 | 2606: I look forward to meeting you |
| 9:48PM 08/18/25 | 2606: [Winking Emoji] |
| 9:49PM 08/18/25 | UC: Me too bb |
| 9:49PM 08/18/25 | 2606: Loved "Me too bb" |
| 9:49PM 08/18/25 | 2606: Can't wait to see you soon! |
| 1:05PM 08/19/25 | 2606: Send me the address when you have a moment! |
| 1:06PM 08/19/25 | 2606: Looking forward to meeting today! |
| 1:07PM 08/19/25 | UC: I cant wait [Red heart emoji] what time did u wanna come |
| 1:07PM 08/19/25 | 2606: I can do 8pm if that works for you? |

| | |
|---|---|
| 1:08PM 08/19/25 | 2606: Or anytime that works for you the best, I will be available after work at 6pm. |
| 2:13PM 08/19/25 | UC: Yws love im gonna b in [location] |
| 2:18PM 08/19/25 | 2606: May I have the address babe? |
| 2:20PM 08/19/25 | UC: u havent told me what. U want! |
| 2:20PM 08/19/25 | 2606: Oh haha, I want to have fun lol |
| 2:22PM 08/19/25 | UC: obvv we have fun |
| 2:22PM 08/19/25 | UC: need to give. U a price tho |
| 2:24PM 08/19/25 | 2606: 200? I saw on your tryst |
| 2:24PM 08/19/25 | 2606: for an hour |
| 2:24PM 08/19/25 | 2606: lol |
| 2:25PM 08/19/25 | UC: thats baseline.. my ad says that babe |
| 2:32PM 08/19/25 | 2606: nice what works for you? |
| 2:32PM 08/19/25 | 2606: what does that include? |
| 2:32PM 08/19/25 | UC: baseline means to come and see me lol |
| 2:32PM 08/19/25 | 2606: haha |
| 2:32PM 08/19/25 | 2606: you silly |
| 2:32PM 08/19/25 | UC: u tell me what you want.. i gove u a price |
| 2:32PM 08/19/25 | UC: Wdym |
| 2:33PM 08/19/25 | 2606: blow job and sex? |
| 2:33PM 08/19/25 | 2606: lol |
| 2:33PM 08/19/25 | 2606: what is the price |
| 2:33PM 08/19/25 | UC: condom or no condom? are u clean |
| 2:33PM 08/19/25 | 2606: i am clean |

| | |
|---|---|
| 2:33PM 08/19/25 | 2606: With condom |
| 2:35PM 08/19/25 | UC: $250 with condom |
| 2:35PM 08/19/25 | 2606: Okay |
| 2:35PM 08/19/25 | 2606: So what is the total? |
| 2:36PM 08/19/25 | 2606: Pay after or before? |
| 2:36PM 08/19/25 | UC: $250 lol |
| 2:36PM 08/19/25 | UC: When u get here |
| 2:36PM 08/19/25 | 2606: When I see you? |
| 2:36PM 08/19/25 | UC: Yes |
| 2:37PM 08/19/25 | 2606: Nice |
| 2:37PM 08/19/25 | 2606: Can you do FT verification? |
| 2:37PM 08/19/25 | 2606: lol |
| 2:37PM 08/19/25 | 2606: What is the address btw lol |
| 2:38PM 08/19/25 | UC: I can do it on snap i dont have a iphone |
| 2:38PM 08/19/25 | UC: Near the [landmark] in [location] |
| 2:39PM 08/19/25 | UC: whats ur name btw bb |
| 2:41PM 08/19/25 | 2606: Eli |
| 2:41PM 08/19/25 | 2606: Sure |
| 2:41PM 08/19/25 | 2606: Any place to park? |
| 2:42PM 08/19/25 | 2606: I was thinking to drive |
| 2:42PM 08/19/25 | 2606: Feel free to send me an address that is most convenient to reach you. |
| 2:42PM 08/19/25 | UC: yes ton of st parking ! |

| | |
|---|---|
| 2:42PM 08/19/25 | 2606: Maybe a link from Google Map |
| 2:42PM 08/19/25 | UC: Type in [name of restaurant hear location] restaurant |
| 2:42PM 08/19/25 | UC: Im like 2 min from there |
| 2:42PM 08/19/25 | 2606: wonderful |
| 2:44PM 08/19/25 | UC: what time u wana cum bb (not delivered) |
| 2:45PM 08/19/25 | 2606: what is ur snapchat's |
| 2:46PM 08/19/25 | 2606: let me add you there |
| 2:46PM 08/19/25 | UC: [snapchat account URL] |
| 2:46PM 08/19/25 | 2606: added! |
| 2:47PM 08/19/25 | UC: Added back |
| 2:47PM 08/19/25 | UC: What time do u wmana come |
| 2:47PM 08/19/25 | 2606: nice |
| 2:47PM 08/19/25 | 2606: 8pm? if that works for you? |
| 2:48PM 08/19/25 | UC: yeah that works babe whats ur name |
| 2:51PM 08/19/25 | 2606: Elijah, call me Eli |
| 2:51PM 08/19/25 | 2606: lol |
| 2:52PM 08/19/25 | 2606: You are Sophie? |
| 2:52PM 08/19/25 | UC: yes u can call me Fifi |
| 3:02PM 08/19/25 | 2606: beautiful name |
| 3:02PM 08/19/25 | 2606: i love it |
| 3:03PM 08/19/25 | 2606: anything else you'd like to know? Fifi |
| 3:13PM 08/19/25 | UC: how okd are u babe |
| 3:18PM 08/19/25 | 2606: I am 31, what about you babe? |

8

| | |
|---|---|
| 3:18PM 08/19/25 | 2606: lol |
| 3:22PM 08/19/25 | UC: im younger babeee |
| 3:22PM 08/19/25 | UC: I dont want u 2 b mad |
| 3:30PM 08/19/25 | 2606: I love you being young lol |
| 3:31PM 08/19/25 | 2606: Student? |
| 3:31PM 08/19/25 | 2606: [Smiling with tongue out Emoji] |
| 3:33PM 08/19/25 | UC: yes 15 |
| 3:33PM 08/19/25 | UC: my moms a flight attendant and shes away tho till tmr |
| 3:45PM 08/19/25 | 2606: Damn |
| 3:45PM 08/19/25 | 2606: [Laugh Crying Emoji] |
| 3:45PM 08/19/25 | 2606: Loved "my moms a flight attendant and shes away tho till tmr" |
| 3:45PM 08/19/25 | UC: ru mad |
| 3:45PM 08/19/25 | 2606: Not really |
| 3:49PM 08/19/25 | UC: good |
| 3:49PM 08/19/25 | UC: Do u still wanna do 8 babe |
| 3:52PM 08/19/25 | 2606: Sure |
| 3:52PM 08/19/25 | 2606: Is it safe? |
| 3:55PM 08/19/25 | UC: ya my mom isnt around till tmr |
| 4:05PM 08/19/25 | 2606: I see |
| 4:06PM 08/19/25 | 2606: Will give you a call |
| 4:06PM 08/19/25 | 2606: where is your dad? lol |
| 4:06PM 08/19/25 | UC: lemmme know when |

| Time | Message |
|---|---|
| 4:06PM 08/19/25 | UC: no clue lol hes not around never has been |
| 4:09PM 08/19/25 | 2606: around 5:30 |
| 4:09PM 08/19/25 | 2606: Are you still in school? |
| 4:09PM 08/19/25 | 2606: or doing home work now lol |
| 4:14PM 08/19/25 | UC: its summer lol |
| 4:31PM 08/19/25 | 2606: nice |
| 4:31PM 08/19/25 | 2606: Do you have a bf or what? Lol |
| 4:33PM 08/19/25 | UC: nooooo lol . Do u have a gf ? |
| 4:34PM 08/19/25 | 2606: Nah, lol |
| 4:34PM 08/19/25 | 2606: Nice, but you got sex experience early tho? How many people you have had with? |
| 4:34PM 08/19/25 | UC: bet |
| 4:34PM 08/19/25 | 2606: You got high drive? |
| 4:35PM 08/19/25 | UC: ii like it yes just fun for me . Im kinda new to this so under like 10 |
| 4:36PM 08/19/25 | 2606: Loved "ii like it yes just fun for me . Im kinda new to this so under like 10" |
| 4:40PM 08/19/25 | 2606: what is the age range? from youngest to oldest! [Grinning Emoji] |
| 4:40PM 08/19/25 | 2606: When and How did you lost your virginity? lol |
| 4:41PM 08/19/25 | UC: why u bein mad nosy lmfao |
| 4:41PM 08/19/25 | UC: idk like a year and a half agi |
| 4:42PM 08/19/25 | 2606: nice |
| 4:42PM 08/19/25 | 2606: sorry haha |

| | |
|---|---|
| 4:43PM 08/19/25 | UC: any other questions u wanna know? [Laughing Emoji] |
| 4:48PM 08/19/25 | 2606: Just curious, how did you know meetup with people this way? I thought usually you could find classmate or friend? Or maybe tinder? |
| 4:48PM 08/19/25 | 2606: I actually was bored and found your profile on that web |
| 4:49PM 08/19/25 | UC: not gna charge classmates and friends |
| 4:49PM 08/19/25 | UC: ur being judgy lol |
| 4:49PM 08/19/25 | 2606: [Cry Laughing Emoji] |
| 4:49PM 08/19/25 | 2606: Okay, I am done with my questions |
| 4:50PM 08/19/25 | UC: lollll good |
| 5:22PM 08/19/25 | UC: wtw |
| 5:24PM 08/19/25 | 2606: call you in 5min |
| 5:24PM 08/19/25 | 2606: snap |
| 5:24PM 08/19/25 | 2606: lol |
| 5:25PM 08/19/25 | UC: ill call u |
| 5:26PM 08/19/25 | UC: just lmk when |
| 5:26PM 08/19/25 | 2606: You can call me now |
| 5:31PM 08/19/25 | [phone call between UC and 2606][6] |
| 6:44PM 08/19/25 | UC: hiiii bb |
| 7:23PM 08/19/25 | 2606: Hi bb |
| 7:23PM 08/19/25 | 2606: Heading to you soon |

---

[6] This call is described in more detail below.

11

| | |
|---|---|
| 7:23PM 08/19/25 | 2606: lol |
| 7:23PM 08/19/25 | UC: yayyy i cant wait bb |
| 7:23PM 08/19/25 | 2606: same here |
| 7:41PM 08/19/25 | 2606: be there in 20min |
| 7:54PM 08/19/25 | UC: perfect [Red Heart Emoji] |
| 7:54PM 08/19/25 | 2606: here |
| 7:55PM 08/19/25 | UC: ok ready for my addy ? |
| 7:55PM 08/19/25 | UC: Theres a ton of spots open in front of my place love |
| 7:55PM 08/19/25 | 2606: yes |
| 7:55PM 08/19/25 | UC: [address of location] |
| 7:55PM 08/19/25 | 2606: where is the aptol |
| 7:56PM 08/19/25 | UC: what color shirt are u wearing ? ill come out and meet you at the door |
| 7:56PM 08/19/25 | 2606: ok |
| 7:56PM 08/19/25 | 2606: black |
| 7:56PM 08/19/25 | UC: ok babe lmk when ur here ill come down |
| 7:56PM 08/19/25 | 2606: yess |
| 8:01PM 08/19/25 | 2606: I am here |
| 8:01PM 08/19/25 | 2606: Which door should I go to? |
| 8:01PM 08/19/25 | UC: i dont see u? |
| 8:01PM 08/19/25 | UC: im at the front door |
| 8:01PM 08/19/25 | UC: theres a flickering light |
| 8:02PM 08/19/25 | 2606: Okay |

|  |  |
|---|---|
| 8:04PM 08/19/25 | [2606 attempts to call UC] |
| 8:04PM 08/19/25 | 2606: I am here |
| 8:04PM 08/19/25 | 2606: Didn't see you |

10. At approximately 5:31pm, Yuan had a phone call with the undercover agent. The call was recorded. In that call, Yuan asked to "hop on" a Snapchat call; the undercover agent said that she would, but that she wouldn't show her face on the call. Yuan then pivoted to asking if she was available now. She told him he could come whenever he wanted. He asked if everything was safe. She told him that her mom was a flight attendant who was out of state and nobody else was home with her. She explained that he should drive to a specific restaurant and when he got there, she would provide her address. He confirmed he would come around 8:00, and that he would pay $250. He said he was looking forward to seeing her. Yuan entered an apartment building from the rear entrance, was observed coming out the front door of the building shortly thereafter, and then was observed typing text messages on his phone. At the same time, the UC received text messages from the 2606 number saying "I am here" and "Didn't see you".

11. Then an unmarked law enforcement car pulled up. Yuan looked at the car and then turned and ran. Officers were able to apprehend him within less than a minute and he was placed under arrest.

12. Pursuant to arrest, law enforcement searched Yuan's person. Two condoms were found in his pocket.

13. Yuan initially invoked his right to counsel, but then voluntarily initiated a waiver of his Miranda rights, saying he wanted to make a statement. Law enforcement conducted a recorded interview. While Yuan denied wanting to have sex with a minor, among other things

Yuan admitted to paying for commercial sex in the past and stated that he was "curious" to meet a 15-year-old.

14. After the interview ended and law enforcement stopped recording, but prior to being transported, Yuan voluntarily stated to law enforcement officers that his wife had refused to have sex with him since the birth of their baby.

15. Law enforcement also seized an iPhone from Yuan's person. When law enforcement called the 2606 number that communicated with the UC, that iPhone indicated that a call was coming in, and the phone indicated that the call was coming from "FIFI".

16. According to records from the United States Department of Homeland Security, Yuan is not a citizen of the United States. He is legally present in the United States and is a conditional permanent resident ("visa holder").

## CONCLUSION

17. Based on the foregoing, I respectfully submit that there is probable cause to support a criminal complaint charging Qichen Yuan with attempted sex trafficking of a minor, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2) and 1594.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
Jenny Larkin, Special Agent
Federal Bureau of Investigations

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by phone, on this 20 day of August , 2025,
at Boston, MA.

_____
HONORABLE DONALD L. CABELL
UNITED STATES CHIEF MAGISTRATE JUDGE